484

No. 69634.—California Radio & Electronics Co. and Micro Auto Imports *v.* United States, protests 59/17890 and 64/3292 (Los Angeles).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 69635.—New York Merchandise Co., Inc. *v.* United States, protests 59/29578 and 60/7409 (San Francisco).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of motors of under $\frac{1}{10}$ horsepower similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 69636.—The Buhler Corp. et al. *v.* United States, protests 64/15810, etc. (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of parts of food preparing machines, which are dedicated to use therewith, similar in all material respects to those the subject of *Standard Milling Co.* v. *United States* (50 Cust. Ct. 53, C.D. 2388), the claim of the plaintiffs was sustained.

No. 69637.—New York Merchandise Co., Inc. *v.* United States, protests 64/20714 and 61/12242 (San Diego).